**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DONNA SIMMS,

      Plaintiff,      Case No.: 1:24-cv-04528-VMC-WEJ

  – against–        **NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE
AS TO DEFENDANT TRUIST BANK
ONLY**

TRUIST BANK &
EQUIFAX INFORMATION SERVICES,
LLC,

      Defendants.

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Donna Simms, by and through the undersigned counsel, hereby voluntarily dismisses her claims with prejudice against Defendant Truist Bank ("Truist") *only*, with each party to bear its own costs and fees.

Truist has not served an answer or motion for summary judgment as of this time. Thank you for your time and attention to this matter.

  Dated: October 8, 2024

            Respectfully submitted,

            **/s/ LaTonya Sims**
            LaTonya Sims
            Attorney Bar Number: 711135
            Law Offices of Robert S. Gitmeid & Associates,
            PLLC
            100 Galleria Parkway, Suite 1570
            Atlanta, Georgia 30339
            Tel: (770) 874-2445
            LaTonya.S@gitmeidlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024 I electronically filed **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRUIST BANK ONLY** with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to the following attorneys of record:

Rachel R. Friedman

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Christine Kapur
Equifax Inc.
Legal Counsel-Litigation
1550 Peachtree Street
Atlanta, GA 30309

**/s/ LaTonya Sims**
LaTonya Sims
Georgia Bar No. 711135
Attorney for William Panzini

Law Offices of Robert S. Gitmeid & Associates, PLLC
100 Galleria Parkway, Suite 1570
Atlanta, Georgia 30339
Telephone: (770) 874-2445
Email: LaTonya.S@gitmeidlaw.com